# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Sherry Difrancesco,

                Plaintiff,

vs.

King's Seafood Company, LLC d/b/a Water Grill Las Vegas, LLC,

                Defendants.

Case No. 2:25-cv-02128-CDS-MDC

**ORDER GRANTING MOTION TO WITHDRAW FIRST AMENDED COMPLAINT (ECF NO. 13) AND DENYING MOTION TO STRIKE (ECF NO. 10) AS MOOT**

Pending before the Court is plaintiff's *Motion to Withdraw* her First Amended Complaint ("Withdraw Motion") (ECF No. 13) and defendant King's Seafood Company, LLC d/b/a Water Grill Las Vegas, LLC's ("King Seafood") *Motion to Strike* (ECF No. 10) ("Strike Motion"). The Court **GRANTS** the Withdraw Motion and **DENIES** the Strike Motion as moot for the reasons below.

## DISCUSSION

This is an employment case where plaintiff alleges various causes of action arising out of her former employment by King Seafood. *See ECF No. 1-1*. On October 22, 2025, King Seafood filed its Answer while this case was still in state court. *ECF No. 1-3*. On October 30, 2025, defendant removed this case from state court. *ECF No. 1*. Plaintiff filed her First Amended Complaint ("FAC") on November 15, 2025, adding causes of action and separating her allegations of sex discrimination and retaliation into separate federal and state causes of action. *See ECF No. 9*. King Seafood then filed the Strike Motion. *ECF No. 10*. In response, plaintiff filed the Withdraw Motion and stated that she "intends to file a revised first amended complaint with [d]efendant's consent." *ECF No. 13* at 1. King Seafood did not oppose the Withdraw Motion.

In the Withdraw Motion, plaintiff represents that she agreed to withdraw her FAC and King Seafood agreed to withdraw its Strike Motion in the parties' Federal Rule of Civil Procedure 26(f)

1

conference. *ECF No. 13* at 1. For good cause shown and because the Withdraw Motion is unopposed, the Court grants the Withdraw Motion. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."). The Court also denies the Strike Motion as moot.

ACCORDINGLY,

**IT IS ORDERED that:**

1.    Plaintiff's *Motion to Withdraw* (ECF No. 13) is **GRANTED**. The Clerk of Court is kindly instructed to strike plaintiff's First Amended Complaint (ECF No. 9) from the docket.

2.    Defendant King's Seafood Company, LLC d/b/a Water Grill Las Vegas, LLC's *Motion to Strike* (ECF No. 10) is **DENIED** as moot.

DATED: January 16, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

2