UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sherry Difrancesco,<br>Plaintiff<br>v.<br>King's Seafood Company, LLC, et al.,<br>Defendants | Case No. 2:25-cv-02128-CDS-MDC<br>**Order Directing Parties to File a Stipulation of Dismissal or Joint Status Report** |

On September 16, 2026, U.S. Magistrate Judge Elayna J. Youchah noted that neither plaintiff Sherry Difrancesco nor defendant King's Seafood Company, LLC, appeared at the status conference scheduled for that date. ECF No. 22. She therefore ordered the parties to file either a stipulated dismissal or a request for a hearing. *Id.* Now, two months later, the parties have neither stipulated to dismiss this action nor requested a status conference.

It is therefore ordered that either a stipulation of dismissal or a joint status report addressing the status of this case must be filed by November 25, 2026.

The Clerk of Court is kindly directed to terminate Fernando Gonzalez-Colin as a defendant because the amended complaint (ECF No. 9) adding him as a defendant has been stricken at Difrancesco's request. *See* ECF Nos. 13, 17.

Dated: November 18, 2026

Cristina D. Silva
United States District Judge